UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| REBECCA HARGROVE, as Grandmother, Guardian, and Next Friend of R.S., et al., </br></br>Plaintiffs and Intervening Plaintiffs </br></br>v. </br></br>JEFFERSON COUNTY BOARD OF EDUCATION d/b/a JEFFERSON COUNTY PUBLIC SCHOOLS, *et al.*, </br></br>Defendants and Intervening Defendants | CIVIL ACTION NO. 3:16-CV-806-DJH |

## **PROPOSED ORDER**

The matter is before the Court on the motion of Defendants Jefferson County Board of Education, Dr. Donna Hargens, Michael Kelly, Jeffrey Marshall, Diane Elder, Jennifer Neuman, Delores Hughes, Hope Johnson, Babak Rezai, and Greg Launder (collectively the "JCBE Defendants") for leave to file 1) a Settlement and Release Agreement concerning L.S. and 2) an Affidavit of Guardian concerning L.S. under seal as a collective exhibit to the parties' Joint Motion to Approve Settlement With Minor. Being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendants' motion for leave to file Settlement and Release Agreement and Affidavit of Guardian under seal is **GRANTED**, and Defendants are granted leave to file these documents **UNDER SEAL**.

**IT IS SO ORDERED.**

100653927.1