UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| REBECCA HARGROVE, as Grandmother, Guardian, and Next Friend of R.S., et al., | ) ) ) |
| Plaintiffs and Intervening Plaintiffs | ) ) |
| v. | ) ) CIVIL ACTION NO. 3:16-CV-806-DJH |
| JEFFERSON COUNTY BOARD OF EDUCATION d/b/a JEFFERSON COUNTY PUBLIC SCHOOLS, *et al.*, | ) ) ) ) |
| Defendants and Intervening Defendants | ) |

**MOTION TO FILE UNDER SEAL**

Defendants Jefferson County Board of Education, Dr. Donna Hargens, Michael Kelly, Jeffrey Marshall, Diane Elder, Jennifer Neuman, Delores Hughes, Hope Johnson, Babak Rezai, and Greg Launder, (collectively the "JCBE Defendants"), by counsel and pursuant to LR 5.7, hereby move for leave to file under seal 1) a Settlement and Release Agreement entered into between the JCBE Defendants and one of the Plaintiffs herein (A.K.) and 2) an Affidavit from A.K.'s guardian setting forth representations required by KRS 387.280. The parties agreed to keep the Settlement and Release Agreement, which involves the claims of a minor, confidential but need to file the aforementioned documents under seal so that the Court can review them and, if it is willing to do so, sign the parties' Agreed Order Approving Settlement and Dismissing Action. Because the subject documents involve a settlement with a minor and both parties agreed to their confidentiality, they are entitled to protection from public disclosure.

WHEREFORE, the JCBE Defendants respectfully request that this Court grant leave to file the Settlement and Release Agreement and Affidavit of Guardian under seal as an exhibit to the parties' Joint Motion to Approve Settlement With Minor.

Respectfully submitted,

*/s/ C. Tyson Gorman*
C. Tyson Gorman
tgorman@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202

*Counsel for JCBE Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system which will transmit notice of electronic filing to the following:

Teddy B. Gordon
807 West Market Street
Louisville, KY 40202
tbearaty@aol.com

*Counsel for Plaintiff*

100693470.1